

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2017

No. 04-17-00791-CV

**IN RE** Glenn L. **WILLIAMS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
              Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice

On December 4, 2017, relator filed a petition for writ of mandamus and a motion for emergency relief. The court has considered the petition and motion and is of the opinion relator is not entitled to the relief sought. Accordingly, the petition and motion are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on December 6, 2017.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. CV-13-0000235, styled *Williams v. Williams*, pending in the 198th Judicial District Court, Bandera County, Texas, the Honorable Stephen B. Ables presiding.